160 A.3d 765

COMMONWEALTH of Pennsylvania, Respondent

v.

Tommaso SCULCO, Petitioner

No. 520 MAL 2016

Supreme Court of Pennsylvania.

October 26, 2016

## ORDER

PER CURIAM

**AND NOW,** this 26th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**